IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **Edward Butowsky, in his personal and professional capacities,**<br><br>    Plaintiff,<br><br>v.<br><br>**Democratic National Committee; CrowdStrike, Inc.; and**<br><br>    Defendants | Case No. 4:19-cv-582 |

## ORIGINAL COMPLAINT

NOW COMES Edward Butowsky, the Plaintiff herein, alleging and stating as follows:

### Introduction

1. The events in this case overlap with those in *Edward Butowsky v. Michael Gottlieb, et al.*, which is presently pending before this Court as Case No. 4:19-cv-180-ALM. The SECOND AMENDED COMPLAINT from *Gottlieb* is attached as Exhibit 1 and incorporated herein by reference.

### Jurisdiction and Venue

2. This Court has jurisdiction under 28 U.S.C. § 1331 because the Plaintiff asserts federal claims.

3. Venue is proper in this district and the Court has personal jurisdiction over all

Defendants because they participated in intentional torts that were designed to hurt the Plaintiff in Texas.  Furthermore, all of the Defendants regularly conduct business in Texas.

## Parties

4. Plaintiff Edward Butowksy is a financial advisor who resides in Plano, Texas. He brings claims in his personal and professional capacities.

5. Defendant Democratic National Committee ("DNC") is a political organization headquartered in Washington, D.C.  It regularly conducts business throughout the United States, including the Sherman Division of the Eastern District of Texas.

6. Defendant CrowdStrike, Inc. is an internet security company headquartered in Sunnyvale, California. It regularly conducts business throughout the United States, including the Sherman Division of the Eastern District of Texas.

7. Defendant Perkins Coie LLP is an international law firm and professional partnership with an office in Dallas, Texas.

## Facts

8. As set forth in the incorporated complaint from Gottlieb, the Defendants participated in the Russian collusion hoax ("RCH"), a conspiracy to frame their political opponents with false charges. At all times relevant, Brad Bauman was acting as an agent of the DNC.  Furthermore, Defendant DNC retained Defendant Perkins Coie for the purpose of hiding the RCH behind the cloak of attorney-client privilege. In turn, Defendant Perkins Coie retained CrowdStrike for the purpose of creating the false narrative that the Russian government had hacked the DNC's servers.

9. All of the Defendants herein conspired to advance the false narrative that Russians hacked the DNC servers. Furthermore, the Defendants or their agents conspired with former FBI Deputy Director Andrew McCabe, Deputy Special Counsel Andrew Weissman, and Washington, D.C. Mayor Muriel Bowser for the purpose of covering up Seth Rich's role in leaking emails from the DNC. Mr. Butowsky's injuries in *Gottlieb* were foreseeable results of the larger RCH conspiracy.

**Claims**

**Defamation**

10. All previous paragraphs are incorporated herein by reference.

11. Mr. Butowsky brings defamation claims against all Defendants because they, their agents, and/or co-conspirators published or conspired with others to publish false and defamatory statements about Mr. Butowsky as described herein and in the *Gottlieb* complaint. Mr. Butowsky does not assert defamation claims based on allegations made in *Aaron Rich v. Edward Butowsky, et al*. As set forth in the *Gottlieb* complaint, some of the defamation claims are governed by New York law.

**Business Disparagement**

12. All previous paragraphs are incorporated herein by reference.

13. Mr. Butowsky brings business disparagement claims against all Defendants because they, their agents, and/or co-conspirators published or conspired with others to publish false and defamatory statements about Mr. Butowsky as described herein and in the *Gottlieb* complaint. Mr. Butowsky's work is regulated by the Securities and Exchange Commission, and allegations of fraud or dishonesty can cost him his professional

licenses.  Likewise, the Defendants allegations of fraud and dishonesty have cost him the trust (and business) of approximately one third of his clients.  Mr. Butowsky does not assert business disparagement claims based on allegations made in *Aaron Rich v. Edward Butowsky, et al*.

**<u>Malicious Prosecution</u>**

14.  All previous paragraphs are incorporated herein by reference.

15.  Mr. Butowsky brings defamation claims against all Defendants because they, their agents, and/or co-conspirators prosecuted *Joel and Mary Rich v. Fox News Network, LLC, et al.*, Case No. 1:18-cv-02223 (S.D.N.Y.) and *Brad Bauman v. Edward Butowsky, et al.*, Case No. 1:18-cv-01191 (D.D.C.) with malice and without probable cause.  Claims arising from the New York case are governed by New York law, and claims arising from the D.C. case are governed by D.C. law.

**<u>New York Judiciary Law § 487</u>**

16.  All previous paragraphs are incorporated herein by reference.

17.  Mr. Butowsky brings claims under New York Judiciary Law § 487 against all Defendants because they, their agents, or their co-conspirators engaged in deceit and collusion during the prosecution of *Joel and Mary Rich v. Fox News Network, LLC, et al.*, Case No. 1:18-cv-02223 (S.D.N.Y.).

**<u>Civil Rights Violations</u>**

18.  All previous paragraphs are incorporated by reference.

19.  Mr. Butowsky brings claims against all Defendants under 42 U.S.C. §§1983 and 1985 because they, their agents, or their co-conspirators conspired with government

actors to violate the equal protection rights of the Plaintiff and to inhibit his right of access to the courts as guaranteed by the Article IV Privileges and Immunities Clause, the First Amendment Petition Clause, and the Fifth and Fourteenth Amendment Due Process Clauses.

## Civil Conspiracy

20. All previous paragraphs are incorporated by reference.

21. All of the Defendants aided and abetted the *Gottlieb* defendants' overarching conspiracy to defame, discredit, intimidate, and silence Mr. Butowsky, and they are fully liable for one another's torts and statutory violations.

## Request for Relief

The Plaintiff respectfully prays that upon a final hearing of this case, judgment be entered for him against the Defendants, for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate; back pay; costs of court; attorney fees; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

**THE PLAINTIFF DEMANDS A JURY TRIAL.**

Respectfully submitted,

**/s/ Ty Clevenger**
Ty Clevenger
Texas Bar No. 24034380
P.O. Box 20753
Brooklyn, New York 11202-0753
(979) 985-5289
(979) 530-9523 (fax)
*tyclevenger@yahoo.com*

**Attorney for Plaintiff Edward Butowsky**