IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, IN HIS PERSONAL AND PROFESSIONAL CAPACITIES;<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC NATIONAL COMMITTEE, CROWDSTRIKE, INC., PERKINS COIE LLP,<br><br>Defendants. | CIVIL ACTION NO. 4:19-CV-00582-RWS |

## ORDER REASSIGNING CASE

In the interest of judicial efficiency, the above-entitled action is hereby reassigned to the Honorable Amos L. Mazzant.

**So ORDERED and SIGNED this 8th day of August, 2019.**

*(signed)* Robert W. Schroeder III
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE